| | |
|---|---|
| 1 | GREENSPOON MARDER, LLP |
| | Anton N. Handal (SBN 113812) |
| 2 | E-mail: tony.handal@gmlaw.com |
| | Gabriel G. Hedrick (SBN 220649) |
| 3 | E-mail: gabriel.hedrick@gmlaw.com |
| | Lauren G. Kane (SBN 286212) |
| 4 | Email: lauren.kane@gmlaw.com |
| | 401 West A Street, Suite 1150 |
| 5 | San Diego, California 92101 |
| | Telephone: (619) 544-6400 |
| 6 | Facsimile: (619) 696-0323 |
| 7 | Attorneys for Plaintiff |
| | SUSHAMA GOKHALE |
| 8 | |
| | SEYFARTH SHAW LLP |
| 9 | Laura Maechtlen (SBN 224923) |
| | E-mail: lmaechtlen@seyfarth.com |
| 10 | Pritee Thakarsey (SBN 266168) |
| | E-mail: pthakarsey@seyfarth.com |
| 11 | 560 Mission Street, 31st Floor |
| | San Francisco, California 94105 |
| 12 | Telephone: (415) 397-2823 |
| | Facsimile: (415) 397-8549 |
| 13 | |
| | Dana L. Peterson (SBN 178499) |
| 14 | E-mail: dpeterson@seyfarth.com |
| | 2029 Century Park East, Suite 3500 |
| 15 | Los Angeles, California 90067-3021 |
| | Telephone: (310) 277-7200 |
| 16 | Facsimile: (310) 201-5219 |
| 17 | Attorneys for Defendants |
| | DOLBY LABORATORIES, INC.; JEFFREY |
| 18 | FEHERVARI and CONROY SHUM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSHAMA GOKHALE, | Case No. 3:17-cv-03845 |
| Plaintiff, | **STIPULATION AND [PROPOSED ORDER] EXTENDING THE DEADLINE TO COMPLETE MEDIATION** |
| v. | |
| DOLBY LABORATORIES, INC., a California corporation; JEFFREY FEHERVARI, an individual; CONROY SHUM, an individual; and DOES 1 to 10, inclusive, | Judge: Jon S. Tigar |
| | Complaint Filed: July 6, 2017 |
| Defendants. | |

Plaintiff SUSHAMA GOKHALE ("Plaintiff") and Defendants DOLBY LABORATORIES, INC., JEFFREY FEHERVARI, and CONROY SHUM (collectively "Defendants")(Plaintiff and Defendant are collectively referred to herein as the "Parties"), through their respective counsel stipulate and agree as follows:

1. On October 4, 2017 the Court set a deadline for completion of mediation for January 31, 2018.

2. Due to scheduling conflicts and availability of private mediators, the Parties, and their respective counsels, private mediation cannot be scheduled prior to the January 31, 2018 deadline.

3. The Parties have meet and conferred in good faith to select a mutually agreeable mediator, and have agreed to mediate this case with Hon. James Ware (Ret.) on February 8, 2018, which is the earliest date a private mediation can be scheduled due to Judge Ware's and counsel's schedule.

4. This extension will not alter the date of any event or any deadline already fixed by Court order;

THEREFORE the Parties hereby stipulate and agree, and request, that the Court enter an Order continuing the deadline to conduct private mediation from January 31, 2018 to February 9, 2018.

SO STIPULATED.

DATED: December 11, 2017                    GREENSPOON MARDER, LLP


By: _____*/s/ Lauren G. Kane*_____
Anton N. Handal
Lauren G. Kane
Attorneys for Plaintiff
SUSHAMA GOKHALE

DATED: December 11, 2017　　　　　　　　　　SEYFARTH SHAW LLP

By: 　　　　*/s/ Pritee Thakarsey*
　　　Laura Maechtlen
　　　Dana L. Peterson
　　　Pritee Thakarsey
Attorneys for Defendants
DOLBY LABORATORIES, INC.; JEFFREY FEHERVARI and CONROY SHUM

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

　　　　*/s/ Pritee Thakarsey*
　　　Pritee Thakarsey

## **[PROPOSED]** ORDER

Good cause appearing and pursuant to the Parties' above stipulation, the Court GRANTS the Parties' request to extend the deadline to complete the mediation in this matter.

The deadline for the Parties to complete mediation in this matter is extended to February 9, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:**　December 12, 2017　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　United States District/~~Magistrate~~ Judge