UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSHAMA GOKHALE,<br>　　　　Plaintiff,<br>　　v.<br>DOLBY LABORATORIES, INC., et al.,<br>　　　　Defendants. | Case No. 17-cv-03845-JST (DMR)<br><br>**ORDER REGARDING PLAINTIFF'S DOCUMENT PRODUCTION**<br>Re: Dkt. No. 59 |

The court has reviewed the documents Plaintiff submitted for *in camera* review pursuant to the court's minute order dated October 11, 2018 (Docket No. 71). These documents relate to Item Nos. 25, 26, 56, and 65 of Plaintiff's privilege log.[1]

The documents are email communications between Plaintiff and her counsel with attachments. The emails and attachments were forwarded by Plaintiff to third parties. Plaintiff redacted the portions of the email communications between Plaintiff and her counsel. Plaintiff did not produce the attachments to Item Nos. 25, 26, and 65; Plaintiff previously produced the attachment to Item No. 55.

With respect to the email communications, Plaintiff waived attorney-client privilege by forwarding those communications to third parties who appear to be her family members. Those communications are not attorney work product. Accordingly, Plaintiff must produce unredacted copies of those emails to Defendants no later than October 24, 2018.

The attachments to these communications are protected by work product privilege. Plaintiff did not waive work product protection for the attachments. *Skynet Elec. Co., Ltd v. Flextronics Int'l, Ltd.*, No. C 12-06317 WHA, 2013 WL 6623874, at *3 (N.D. Cal. Dec. 16, 2013) (finding that waiver of work-product immunity occurs only "[i]f a document otherwise protected by work-

---

[1] Plaintiff states that she withdrew her assertion of privilege from Item Nos. 43 and 44 as she believes those documents are not responsive to Defendants' requests and will therefore not be produced.

product immunity is disclosed to others with an actual intention, or reasonable probability, that an opposing party may see the document"). Plaintiff does not have to produce the attachments.

**IT IS SO ORDERED.**

Dated: October 22, 2018



_____
Donna M. Ryu
United States Magistrate Judge