| | |
|---|---|
| Anton N. Handal (Bar No. 113812)<br>tony.handal@gmlaw.com<br>Gabriel G. Hedrick (Bar No. 220649)<br>gabriel.hedrick@gmlaw.com<br>GREENSPOON MARDER LLP<br>401 West A Street, Suite 1150<br>San Diego, California 92101<br>Tel: 619.544.6400<br>Fax: 619.696.0323<br><br>Attorneys for Plaintiff<br>SUSHAMA GOKHALE | SEYFARTH SHAW LLP<br>Laura Maechtlen (SBN 224923)<br>E-mail: lmaechtlen@seyfarth.com<br>Chantelle C. Egan (SBN 257938)<br>E-mail: cegan@seyfarth.com<br>Pritee K. Thakarsey (SBN 266168)<br>E-mail: pthakarsey@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549<br><br>Dana L. Peterson (SBN 178499)<br>E-mail: dpeterson@seyfarth.com<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021<br>Telephone: (310) 277-7200<br>Facsimile: (310) 201-5219<br><br>Attorneys for Defendants<br>DOLBY LABORATORIES, INC.;<br>JEFFREY FEHERVARI and CONROY SHUM |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSHAMA GOKHALE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>DOLBY LABORATORIES, INC., a California corporation; JEFFREY FEHERVARI, an individual; CONROY SHUM, an individual; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:17-cv-03845-JST<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER REGARDING EXPERT DISCLOSURE DEADLINES** |

Plaintiff Sushama Gokhale ("Plaintiff") and Defendants Dolby Laboratories, Inc., Jeffrey Fehervari, and Conroy Shum (collectively, "Defendants") (Plaintiffs and Defendants are collectively referred to herein as the "Parties"), having met and conferred and agreeing that it is necessary to modify the Court's Scheduling Order, as modified on August 23, 2018 ("Scheduling Order") (ECF No. 49) as it pertains to expert witness disclosures and expert

-1-

*JOINT MOTION TO MODIFY SCHEDULING ORDER*     Case No. 3:17-cv-03845-JST

discovery, hereby jointly move the Court for an order modifying the Scheduling Order as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert disclosures | November 12, 2018 | November 19, 2018 |
| Expert rebuttal | November 30, 2018 | December 7, 2018 |
| Expert discovery cut-off | December 14, 2018 | December 21, 2018 |

Modification of the Scheduling Order is warranted for the following reason: Plaintiff's expert was unexpectedly evacuated from his home on November 8th due to the wild fires in Los Angeles County. Accordingly, Plaintiff's expert is having to deal with significant personal issues, which have recently arisen through no fault of his own and that are beyond his control. Plaintiff therefore believes it is necessary to postpone expert witness disclosures to permit Plaintiff's expert witness to attend to personal matters related to the current wildfires.

Defendants are not opposed to the requested modification to the scheduling order.

The proposed modifications will not affect any other dates or deadlines set by the Court. The Parties previously jointly requested a modification of the Scheduling Order on July 24, 2018, which was granted. (ECF No. 33.) Plaintiff also subsequently filed an opposed motion to modify the scheduling order on August 9, 2018, which the Court granted-in-part and denied-in-part and which resulted in the current schedule. (ECF No. 49.)

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: November 9, 2018  **GREENSPOON MARDER LLP**

By: */s/ Gabriel G. Hedrick*
Anton N. Handal
Gabriel G. Hedrick
Attorneys for Plaintiff
SUSHAMA GOKHALE

| | | |
|---|---|---|
| Dated: November 9, 2018 | | **SEYFARTH SHAW LLP** |
| | By: | */s/ Dana L. Peterson* |
| | | Dana L. Peterson |
| | | Chantelle C. Egan |
| | | Attorneys for Defendants |
| | | DOLBY LABORATORIES, INC.; JEFFREY FEHERVARI and CONROY SHUM |

### **ATTESTATION**

I, Gabriel G. Hedrick attest that the above signatory has read and approved the foregoing joint motion and consents to its filing in this action.

By: */s/ Gabriel G. Hedrick*
Gabriel G. Hedrick

**IT IS ORDERED** that the forgoing joint motion for modification of the Scheduling Order is approved.

Dated: November 13, 2018

UNITED STATES DISTRICT JUDGE

---

-3-

*JOINT MOTION TO MODIFY SCHEDULING ORDER* — Case No. 3:17-cv-03845-JST