Anton N. Handal (Bar No. 113812)
tony.handal@gmlaw.com
Gabriel G. Hedrick (Bar No. 220649)
gabriel.hedrick@gmlaw.com
GREENSPOON MARDER LLP
401 West A Street, Suite 1150
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
SUSHAMA GOKHALE

SEYFARTH SHAW LLP
Laura Maechtlen (SBN 224923)
lmaechtlen@seyfarth.com
Chantelle C. Egan (SBN 257938)
cegan@seyfarth.com
Scott E. Atkinson (SBN 251966)
satkinson@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Camille A. Olson (SBN 111919)
colson@seyfarth.com
Richard B. Lapp (SBN 271052)
rlapp@seyfarth.com
Dana L. Peterson (SBN 178499)
dpeterson@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:    (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendants
DOLBY LABORATORIES, INC.;
JEFFREY FEHERVARI and CONROY
SHUM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSHAMA GOKHALE, an individual;<br><br>        Plaintiff,<br><br>    v.<br><br>DOLBY LABORATORIES, INC., a California corporation; JEFFREY FEHERVARI, an individual; CONROY SHUM, an individual; and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO.:  3:17-cv-03845-JST<br><br>**STIPULATED ADMINISTRATIVE MOTION AND ~~PROPOSED~~ ORDER MODIFYING BRIEFING SCHEDULE AND CONTINUING HEARING ON DEFENDANT'S MOTION TO TAX COSTS AND FOR EXPERT WITNESS FEES AND ATTORNEYS' FEES (ECF No. 114)**<br><br>Civil L.R. 7-11, 7-12 |

Plaintiff Sushama Gokhale ("Plaintiff") and Defendants Dolby Laboratories, Inc., Jeffrey Fehervari, and Conroy Shum (collectively, "Defendants") (Plaintiffs and Defendants are collectively referred to herein as the "Parties") met and conferred and agreed submit this Stipulated Administrative Motion Pursuant to Civil Local Rules 7-11 and 7-12:

WHEREAS on April 10, 2019, Defendants filed a Motion to Tax Costs and for Expert Witness Fees and Attorneys' Fees (the "Motion"), noticing the Motion for hearing on May 16, 2019 (ECF No. 114);

WHEREAS Plaintiff is out of the country, making communication difficult;

WHEREAS the Parties agree and stipulate that a short extension of the briefing schedule on the motion is appropriate under the circumstances;

WHEREAS the Parties agree and stipulate to continue the hearing on the Motion one week, until May 23, 2019, which would provide the Court with additional time to consider the fully-briefed motion;

NOW THEREFORE, and good cause appearing, the parties stipulate to the following change in the briefing and hearing schedule for the Motion

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opposition Due | April 24, 2019 | April 26, 2019 |
| Reply Due | May 1, 2019 | May 3, 2019 |
| Hearing | May 16, 2019, 2:00 p.m. | May 23, 2019, 2:00 p.m. |

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: April 24, 2019      **GREENSPOON MARDER LLP**

By:    */s/ Gabriel G. Hedrick*
        Anton N. Handal
        Gabriel G. Hedrick
        Attorneys for Plaintiff
        SUSHAMA GOKHALE

Dated: April 24, 2019        **SEYFARTH SHAW LLP**

By:     */s/ Scott E. Atkinson*
          Dana L. Peterson
          Chantelle C. Egan
          Scott E. Atkinson
          Attorneys for Defendants
          DOLBY LABORATORIES, INC.; JEFFREY
          FEHERVARI and CONROY SHUM

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:    April 26, 2019                               

                              UNITED STATES DISTRICT JUDGE